# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MARY E. GRAVES-MARKERT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Unum Life Insurance Company of America ("Unum Life") removes this action to the United States District Court for the Eastern District of Tennessee. Under 28 U.S.C. §§ 1331 and 1332, Unum Life respectfully states the grounds for removal are as follows:

1. On April 6, 2023, Plaintiff Mary E. Graves-Markert ("Plaintiff") filed the Complaint for Declaratory Judgment and Damages in the Chancery Court of Hamilton County, Tennessee. Attached hereto as **Exhibit A** are copies of all process and pleadings heretofore filed in the state court action and served upon Defendant Unum Life. As shown by the service documents contained in **Exhibit A**, the Tennessee Department of Commerce and Insurance was served on behalf of Unum Life on May 17, 2023.

2. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty (30) days of service.

3. This Court has original jurisdiction herein pursuant to 28 U.S.C. § 1332, because this is a civil action between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4. Specifically, the Plaintiff Mary E. Graves-Markert is alleged to be a resident of Hamilton County, Tennessee residing at 8634 Blueberry Lane, Ooltewah, Tennessee 37363.

5. Defendant Unum Life is an insurance company incorporated under the laws of the state of Maine and also has its principal place of business in Portland, Maine.

6. The amount in controversy exceeds $75,000.00, inasmuch as Plaintiff's Complaint disputes whether Unum Life is entitled to offset the sum of $107,695.44 against benefits that Unum Life has paid, and is currently paying, to Plaintiff.

7. This Court further has original jurisdiction herein pursuant to 28 U.S.C. § 1331, because this is a civil action arising under the laws of the United States. More specifically, Plaintiff seeks relief pursuant to the terms of an employer-sponsored benefit plan that is, upon information and belief, subject to the provisions of the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 *et seq*. ("ERISA"). Therefore, this action is completely preempted by the provisions of ERISA, and this Court has original jurisdiction over same.

8. Venue is proper in this district to 28 U.S.C. § 1441(a), because this district and division embraces the place in which the removed action had been pending, *i.e.*, Hamilton County, Tennessee.

9. Defendant is simultaneously filing a copy of this Notice of Removal with the Chancery Court of Hamilton County, Tennessee, and has given notice of the same to Plaintiff as required by 28 U.S.C. § 1446(b).

10. Defendant specifically reserves all defenses, including, without limitation, all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that this case be removed from the state court of Hamilton County, Tennessee and proceed in the United States District Court for the Eastern

District of Tennessee, Southern Division, as an action properly removed hereto.

Respectfully submitted June 13, 2023.

**MILLER & MARTIN PLLC**

**s/James T. Williams**
James T. Williams, BPR # 16341
james.williams@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 13, 2023,** a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**MILLER & MARTIN PLLC**

**s/James T. Williams**
James T. Williams, BPR # 16341
james.williams@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402- 2289
Telephone: (423) 756-6600
*Attorneys for Defendant*